

# BASICHAS & ASSOCIATES P.C.
## COUNSELORS AT LAW

June 7, 2016

**VIA ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York

       Re: Platonov v. Colankeril, M.D. et al.
       Case Number 1:16-cv-01208-BMC

Dear Judge Cogan,

  At the Court conference held before Your Honor on Friday June 3, 2016 we were directed to advise the Court whether we would agree to have this matter transferred to a Federal District Court in New Jersey without the necessity of defendants having to file formal motions. We were directed to inform the Court and all parties by this Friday June 10, 2016.

  Yesterday, I had a telephone discussion with Bill Vaslas of Vaslas, Lepowsky et. al. counsel for Dr. Colankeril and provided him with copies of all medical records in connection with this case. During our conversation, I informed Mr. Vaslas of the alleged claims in this matter and broached the subject of a possible settlement. Mr. Vaslas indicated that he would communicate with his client and the insurance carrier and get back to me shortly.

  Under these circumstances, it is respectfully requested that Your Honor enlarge plaintiff's time to inform the Court whether we would oppose defendants' motions to dismiss for lack of jurisdiction by an additional week.

  Thank you.

          Very Truly Yours,

          Aleksey Feygin (1847)

233 BROADWAY, SUITE 2707, NEW YORK, NEW YORK 10279
TELEPHONE: (212) 476-0999   E-MAIL: MBASICHAS@ADBOKAT.COM   FACSIMILE: (212) 732-5431