

# BASICHAS & ASSOCIATES P.C.
COUNSELORS AT LAW

June 13, 2016

**VIA ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York

        Re: Platonov v. Colankeril, M.D. et al.
        Case Number 1:16-cv-01208-BMC

Dear Judge Cogan,

    Please accept this correspondence as plaintiffs' response to defendants' request to have the abovementioned matter transferred to New Jersey. Plaintiff hereby consents to the transfer.

    Thank you.

                                    Very Truly Yours,

                                    Aleksey Feygin (1847)

233 BROADWAY, SUITE 2707, NEW YORK, NEW YORK 10279
TELEPHONE: (212) 476-0999   E-MAIL: MBASICHAS@ADBOKAT.COM   FACSIMILE: (212) 732-5431